# ELECTRONIC RECORD

COA # 12-13-00387-CR          OFFENSE: 1

STYLE: Wilber Medina v. The State of Texas          COUNTY: Smith

COA DISPOSITION:     AFFIRMED          TRIAL COURT: 241st District Court

DATE: 7/31/2014          Publish: NO   TC CASE #:     241-1175-13

# IN THE COURT OF CRIMINAL APPEALS

STYLE:     Wilber Medina v. The State of Texas          CCA #: 1184-14

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: _JANUARY 28, 2015_          SIGNED: _____     PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____     DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**